UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| SHAROLYN REED, | ) | Case No.: 14-CV-02125-LHK |
| Plaintiff, | ) ) | ORDER DISMISSING CASE WITHOUT PREJUDICE |
| v. | ) | |
| AETNA LIFE INSURANCE COMPANY, | ) ) | |
| Defendant. | ) ) | |

Plaintiff requested that the Court voluntarily dismiss her case on June 23, 2014. *See* ECF No. 6. No response has been filed. The Court, in its discretion, GRANTS Plaintiff's request under Fed. R. Civ. P. 41(a)(2) and DISMISSES the case without prejudice. The Clerk shall close the case file.

**IT IS SO ORDERED.**

Dated: July 8, 2014

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

1

Case No.: 14-CV-02125-LHK
ORDER DISMISSING CASE WITHOUT PREJUDICE